IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

    v.                                       Case No. 14-cv-454-wmc

PAUL RYAN and ROBERT E. ANDREWS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the complaint filed by Anthony Bussie without prejudice for want of prosecution.

| /s/ | 7/14/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |